1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  BRIAN N. EMMONS,

CASE NO.  C11-05108 JRC

11              Plaintiff,

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

12          v.

13  MICHAEL J. ASTRUE, Commissioner of
Social Security,

14              Defendant.

15

16          Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.  Plaintiff

17  does not appear to have funds available to afford the $350.00 filing fee.

18          The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to

19  properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note that it is his

20  responsibility to properly serve copies of the complaint along with an appropriate summons as

21  required by Rule 4 of the Federal Rules of Civil Procedure.

22          DATED this 7th day of February, 2011.

23

24

25  _____
    J. Richard Creatura
26  United States Magistrate Judge

ORDER - 1