UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRIAN N. EMMONS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 3:11-CV-05108-RBL-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT |

Based on Defendant's Motion (ECF No. 9) and that Plaintiff's Counsel has no objection, it is hereby ORDERED that the Defendant shall have up to and including July 20, 2011, to file an Answer to Plaintiff's Complaint.

DATED this 21st day of June 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1　　ORDER - [3:11-CV-05108-RBL-JRC]