UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRIAN N. EMMONS, | Civil No. 3:11-CV-05108-RBL-JRC |
| Plaintiff, | ORDER FOR A SECOND EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion for Second Extension of Time to File Answer (ECF No. 12), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including August 19, 2011, to file a response to Plaintiff's Complaint.

DATED this 21st day of July 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05108-RBL-JRC]