UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN N. EMMONS, | NO. C11-cv-5108 RBL |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Judge Richard Creatura, United States Magistrate Judge, ADOPTS the Report and Recommendation. The Court ORDERS this matter be REVERSED and REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). Judgment should be entered for Plaintiff and the case should be closed.

DATED this 4th day of June, 2012

Ronald B. Leighton
United States District Judge