1    United States District Judge RONALD B. LEIGHTON

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON

9    BRIAN N. EMMONS,                        )
                                             )   CIVIL NO. C11-5108RBL-JRC
10                        Plaintiff,         )
                                             )
11   vs.                                     )   ORDER FOR EAJA FEES AND
                                             )   EXPENSES
12                                           )
     MICHAEL J. ASTRUE,                      )
13   Commissioner of Social Security,        )
                                             )
14                        Defendant.         )

15        THIS MATTER having come on regularly before the undersigned upon Plaintiff's

16   Motion to Award EAJA Fees and Expenses, and the Court agreeing that EAJA fees and

17   expenses should be awarded, good cause having been shown, now, therefore, it is hereby

18        ORDERED that Plaintiff is hereby awarded EAJA fees of $4,210.69 and expenses

19   in the sum of $21.97. Subject to any offset allowed under the Treasury Offset Program,

20   as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this

21   award shall be sent to Plaintiff's attorney Eitan Kassel Yanich at his address:  Eitan

22   Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

23

                                                  Law Office of Eitan Kassel Yanich, PLLC
                                                  203 Fourth Avenue E., Suite 321
     ORDER FOR EAJA FEES AND EXPENSES -           Olympia, WA. 98501
     [C11-5108RBL-JRC] - 1                        (360) 705-1226

1    After the Court issues the order for EAJA fees and expenses, the Commissioner will

2  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

3  attorney.  Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on

4  whether the EAJA fees and expenses are subject to any offset allowed under the Treasury

5  Offset Program.  The Commissioner agrees to contact the Department of Treasury after

6  the order for EAJA fees and expenses is entered to determine whether the EAJA fees and

7  expenses are subject to any offset.  If the EAJA fees and expenses are not subject to any

8  offset, the EAJA attorney's fees and expenses will be paid directly to plaintiff's attorney

9  Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to

10  his address.

11    DATED this 17th day of September, 2012.

12

13  _____

14  Ronald B. Leighton
   United States District Judge

15

16  Presented by:

17

18  S/EITAN KASSEL YANICH_____
   EITAN KASSEL YANICH, WSBA #13690
   Attorney for Plaintiff

19

20

21

22

23

ORDER FOR EAJA FEES AND EXPENSES -
[C11-5108RBL-JRC] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226